# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sanjuanita R., | Civil No. 23-cv-1327 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Martin J. O'Malley,<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 2, 2024 (ECF No. 17), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for relief (ECF No. 13) is **DENIED**.

2. Defendant's request for relief (ECF No. 15) is **GRANTED**.

3. The Commissioner's decision is **AFFIRMED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  July 19, 2024

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
Chief United States District Court Judge
for the District of Minnesota